UNITED STATES *v.* COLONIAL CHEVROLET
CORP. ET AL.

No. 761.   Decided June 29, 1959.

*Solicitor General Rankin, Assistant Attorney General
Rice, Joseph F. Goetten* and *Carolyn R. Just* for the
United States.

*Everett A. Corten* for respondents.

PER CURIAM.

The petition for writ of certiorari is granted. The
judgments of the United States Court of Appeals for
the Fourth Circuit are reversed. *Commissioner of Internal Revenue* v. *Hansen, ante,* p. 446; *Commissioner
of Internal Revenue* v. *Glover, ante,* p. 446; *Baird* v.
*Commissioner of Internal Revenue, ante,* p. 446.

KELLEY *v.* CITY OF RICHMOND.

No. 858, Misc.   Decided June 29, 1959.

PER CURIAM.

The appeal is dismissed.